**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**

<u>**United States of America**</u>

    **v.**                                                                 Case No. 08-cr-96-PB

<u>**Anthony Sawyer**</u>

**O R D E R**

The defendant, through counsel, has moved to continue the
trial scheduled for May 5, 2009, citing the need for additional
time so that defendant may undergo a psychiatric evaluation prior
to trial.  The government does not object to a continuance of the
trial date.

Accordingly, for the above reason and to allow the parties
additional time to properly prepare for trial, the court will
continue the trial from May 5, 2009 to August 18, 2009.  In
agreeing to continue the trial, the court finds pursuant to 18
U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the
ends of justice served in granting a continuance outweigh the
best interests of the public and the defendant in a speedy trial.

The April 21, 2009 final pretrial conference is continued to July 27, 2009 at 3:15 p.m.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

April 21, 2009

cc:  Stanley Norkunas, Esq.
     Jennifer Davis, AUSA
     United States Probation
     United States Marshal

2