```
                UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEW HAMPSHIRE
```

**United States of America**

   **v.**                                    Case No. 08-cr-96-PB

**Anthony Sawyer**


**O R D E R**


The defendant has moved, through counsel, to continue the trial scheduled for November 3, 2009, citing the need for additional time to complete a review of defendant's medical status and, with the aid of expert services, prepare a defense. The government does not object to a continuance of the trial date.

Accordingly, for the above reasons and to allow the parties additional time to properly prepare for trial, the court will continue the trial from November 3, 2009 to January 5, 2010.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(7)(A) that for the above-stated reason, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The court will hold a final pretrial conference on December 21, 2009 at 4:45 p.m.

No further continuances.

SO ORDERED.

                                        /s/Paul Barbadoro
                                        Paul Barbadoro
                                        United States District Judge

October 27, 2009

cc:   Stanley Norkunas, Esq.
      Jennifer Davis, Esq.
      United States Probation
      United States Marshal