```
             UNITED STATES DISTRICT COURT
           FOR THE DISTRICT OF NEW HAMPSHIRE
```

United States of America

    v.                                    Case No. 08-cr-96-PB

Anthony Sawyer


**O R D E R**

The defendant has moved, through counsel, to continue the trial scheduled for January 5, 2010.  I have granted six motions to continue in this case.  Counsel's request for yet another continuance is based on a claim that he has other cases in other jurisdictions that give rise to a scheduling conflict.  His motion assumes that the other cases must be tried first, but he did not mention these cases when he sought his last continuance, and he does not allege either that the cases that give rise to the alleged conflict are older than this case or that they have been continued more times than this case.  In short, he has failed to demonstrate that the government's interest in obtaining a speedy trial in this case should give way to the interests of other sovereigns and other defendants in having their cases resolved expeditiously.

The motion to continue (Doc. No. 32) is denied.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

December 29, 2009

cc: Stanley Norkunas, Esq.
Jennifer Davis, Esq.
United States Probation
United States Marshal