```
                UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEW HAMPSHIRE
```

United States of America

    v.                                              Case No. 08-cr-96-PB

Anthony Sawyer

### O R D E R

Counsel has moved to reconsider the denial of the motion to continue the trial scheduled for January 5, 2010. Counsel represents in his motion for reconsideration that the case with which he has a conflict is older than this case. Counsel further represents that his client desires a bench trial and that counsel will be ready for trial upon completion of his state court case. Based on these representations, I will grant the motion (Doc. No. 36). In so doing, I find pursuant to 18 U.S.C.A. § 3161(h)(7)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The clerk shall consult with counsel and set the case for a bench trial on a date in January to be agreed upon by the parties. Defense counsel is warned that the court expects to be

notified of trial conflicts when a motion to continue is filed.

I will not tolerate similar conduct from counsel in the future.

    SO ORDERED.

                                         /s/Paul Barbadoro
                                         Paul Barbadoro
                                         United States District Judge

December 29, 2009

cc:   Stanley Norkunas, Esq.
      Jennifer Davis, Esq.
      United States Probation
      United States Marshal